

FILED

05/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0163

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0163

HOLLY ANNE MATHIS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

O R D E R

FILED

MAY - 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Appellant Holly Anne Mathis's motion for an extension to time to file her opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including June 21, 2024, to file her opening brief on appeal.

DATED this ___ day of May, 2024.

For the Court,

_____
Chief Justice